**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-40591

PATRICIA KRAUSKOPF

Appellant,

VERSUS

SOUTH TEXAS BANK, FSB, also known as
South Texas Savings Bank, fsb

Appellee.

Appeal from the United States District Court
for the Southern District of Texas
(V-96-CV-72)

March 9, 1999

Before DAVIS, STEWART and PARKER, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.

See 5TH CIR. R.47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.